NUMBER 13-03-333-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


__________________________________________________________________


MARTIN MARTINEZ, Appellant,


v.



THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 197th District Court 


of Cameron County, Texas.


___________________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Rodriguez, and Castillo


Opinion Per Curiam



 Appellant, MARTIN MARTINEZ, perfected an appeal from a judgment entered
by the 197th District Court of Cameron County, Texas, in cause number 00-CR-865-C. Appellant has filed a motion to dismiss the appeal. The motion complies with Tex.
R. App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that appellant's motion to dismiss the appeal
should be granted. Appellant's motion to dismiss the appeal is granted, and the appeal
is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).


Opinion delivered and filed this

the 2nd day of October, 2003.